# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joey W. Blake,

    Plaintiff(s),

vs.

Jo Anne B. Barnhart,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-368-H

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 20, 2006 Order.

**Signed: July 20, 2006**

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court